1
2
3
4
5   UNITED STATES DISTRICT COURT
6   DISTRICT OF NEVADA
7   MICHAEL HARDING,                           2:10-CV-1027 JCM (PAL)
8        Plaintiff,
9   v.
10  BRIAN WILLIAMS, et al.,
11       Defendants.
12
13
14                                    **ORDER**

15   Presently before the court is pro se plaintiff Michael Holding's first motion for time
16   extension (doc. #14).
17   Plaintiff filed his complaint on September 16, 2010, against defendants Daniel Angus, Cheryl
18   Burson, and Brian Williams (doc. #3). Defendants filed a motion to dismiss (doc. #8) on November
19   8, 2010. Plaintiff's response to the motion is due on November 23, 2010. In the present motion for
20   time extension (doc. #14), plaintiff asserts that the prison yard was on lock-down the week he
21   received the defendants' motion to dismiss, preventing him from going to the law library.
22   Subsequently, the normal employee of the law library was on vacation and her substitute was not
23   responding to requests for time in the law library. Due to these circumstances beyond his control,
24   plaintiff was not able to research the applicable rules and case law to adequately respond to the
25   motion.
26   Plaintiff is requesting an additional fifteen (15) days to file his response to defendants'
27   motion to dismiss.
28

**James C. Mahan**
**U.S. District Judge**

1  Good Cause Appearing,

2  IT IS HEREBY ORDERED ADJUDGED AND DECREED that pro se plaintiff Michael

3  Holding's first motion for time extension (doc. #14) be, and the same hereby is, GRANTED.

4  IT IS FURTHER ORDERED that plaintiff shall properly file and serve upon defendants his

5  response to the motion to dismiss within fifteen (15) days from the date of this order.

6  DATED November 30, 2010.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -