1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL HARDING,                          2:10-CV-1027 JCM (PAL)

          Plaintiff,

v.

BRIAN WILLIAMS, et al.,

          Defendants.

**ORDER**

      Presently before the court is plaintiff Michael Harding's *pro se* motion to compel.  (Doc. #21).  Defendants Williams, et. al. filed a response.  (Doc. #24).  Harding did not file a reply.  This motion was recently referred to this court; it had previously been assigned to the magistrate judge.

      Harding moves the court to compel defendants to comply with the terms of a settlement agreement entered into by the parties.  (Doc. #21).  Specifically, Harding alleges that defendants must pay him $717.00 according to the terms of the settlement agreement.  (Doc. #21).  Harding's motion further states that defendants only paid him $200 of this amount.  (Doc. #21).

      Defendants assert in their response that "[u]pon inquiry into the matter by undersigned counsel, [d]efendants now contend that the issues raised in the motion are moot."  (Doc. #24).  In support of this assertion, defendants attached a declaration by Donald Helling, the deputy director of the Nevada Department of Corrections.  (Doc. #24, Ex. B).  The declaration states that, after Harding filed the motion, defendants posted $500 to Harding's inmate trust account.  (Doc. #24, Ex. B). Further, defendants reimbursed plaintiff $17.01 for medical charges. (Doc. #24, Ex. B). Finally,

**James C. Mahan**
**U.S. District Judge**

1   the declaration states that defendants "stopped and reversed any restitution deductions stemming

2   from the . . . hearing date June 30, 2009."  (Doc. #24, Ex. B).

3       In light of defendants' subsequent actions, the object of Harding's motion to compel has been

4   achieved.

5       Accordingly,

6       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Michael

7   Harding's *pro se* motion to compel (doc. #21) be, and the same hereby is, DENIED as moot.

8       IT IS FURTHER ORDERED that defendants' motion to extend time to respond to plaintiff's

9   motion to compel (doc. #23) be, and the same hereby is, DENIED as moot.

10      DATED December 5, 2011.

11

12

13   _____

14   **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge

- 2 -