# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL HARDING,

    Plaintiff,

v.

BRIAN WILLIAMS, et al.,

    Defendants.

2:10-CV-1027 JCM (PAL)

## ORDER

Presently before the court is plaintiff Michael Harding's *pro se* motion to compel. (Doc. #21). Defendants Williams, et. al. filed a response. (Doc. #24). Harding did not file a reply. This motion was recently referred to this court; it had previously been assigned to the magistrate judge.

Harding moves the court to compel defendants to comply with the terms of a settlement agreement entered into by the parties. (Doc. #21). Specifically, Harding alleges that defendants must pay him $717.00 according to the terms of the settlement agreement. (Doc. #21). Harding's motion further states that defendants only paid him $200 of this amount. (Doc. #21).

Defendants assert in their response that "[u]pon inquiry into the matter by undersigned counsel, [d]efendants now contend that the issues raised in the motion are moot." (Doc. #24). In support of this assertion, defendants attached a declaration by Donald Helling, the deputy director of the Nevada Department of Corrections. (Doc. #24, Ex. B). The declaration states that, after Harding filed the motion, defendants posted $500 to Harding's inmate trust account. (Doc. #24, Ex. B). Further, defendants reimbursed plaintiff $17.01 for medical charges. (Doc. #24, Ex. B). Finally,

**James C. Mahan**
**U.S. District Judge**

the declaration states that defendants "stopped and reversed any restitution deductions stemming from the . . . hearing date June 30, 2009." (Doc. #24, Ex. B).

In light of defendants' subsequent actions, the object of Harding's motion to compel has been achieved.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Michael Harding's *pro se* motion to compel (doc. #21) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to extend time to respond to plaintiff's motion to compel (doc. #23) be, and the same hereby is, DENIED as moot.

DATED December 5, 2011.

_____
UNITED STATES DISTRICT JUDGE